1  JOHN COTSIRILOS
   State Bar No. 68789
2  2442 Fourth Avenue
   San Diego, CA  92101
3  (619) 232-6022
   Fax: (619) 232-6052
4

5  Attorney for Defendant
   OCTAVIAN CRISHAN
6

7

**FILED**

**2008 JUL 15  PM 2: 16**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

8              UNITED STATES DISTRICT COURT

9

10           SOUTHERN DISTRICT OF CALIFORNIA

11                                    '08 CV 1271 LAB JMA

12  OCTAVIAN CRISHAN,              )   No. _____
                                   )
13                   Defendant,    )   State Case No. CN 225221
                                   )   State DA No.  OAY937
14  vs.                            )
                                   )   APPLICATION AND ORDER FOR
15  PEOPLE OF THE STATE OF CALIFORNIA, )  ISSUANCE OF A FEDERAL
                                   )   SUBPOENA TO COMPEL
16                   Plaintiff.    )   PRODUCTION OF DOCUMENTS
                                   )   FROM TRIBAL ENTITIES TO BE
17  _____)   PRODUCED IN SAN DIEGO
                                   )   COUNTY SUPERIOR COURT
18

19        COMES NOW Octavian Crishan, through his counsel, John Cotsirilos, who represents

20  and shows:

21        There is now on the tribal land of the tribal sovereign, known as the Rincon San Luiseno

22  band of Mission Indians and on the tribal entity of the Pauma Band of Mission Indians

23  documents that are material to the above-entitled matter which is set for jury trial on August 12,

24  2008, at 9:00 a.m., in the San Diego Superior Court, North County Division, Department 21; that

25  the only method to compel production of these documents located on these lands of tribal

26  sovereigns is to petition the federal court to issue a federal subpoena addressed to the Custodian

27  of Records for these documents; that tribes are immune from the enforcement of state court

28                                    -1-

# ORIGINAL

1  subpoenas to compel production of documents.  See, <u>Bishop Paiute Tribe v. the County of Inyo</u>,

2  275 F.3d 893 (2002), certiorari granted, 123 S.Ct. 618, reaffirming that tribes are immune from

3  subpoena enforcement; however, tribes are subject to the service of federal subpoenas. See, <u>In</u>

4  <u>Re Long Visitor</u>, 573 F.2d 443 (10th Cir. 1975); that California law requires utilization of a

5  federal subpoena pursuant to 28 USC § 1783 prior to a finding that a witness or documents are

6  unavailable; that California law requires utilization of a federal subpoena pursuant to 28 USC §

7  1783 prior to admission of former testimony of an absent witness; that is necessary to have said

8  documents present in court; and that in order to compel their presence is necessary that a federal

9  subpoena be issued pursuant to 28 USC § 783 commanding the Custodian of Records to appear

10  in Department 21 of the San Diego County Superior Court at Vista, located at 325 S. Melrose

11  Drive, Vista, California, or on such other dates as may be necessary, and at all other proceedings

12  incident thereto.

13       WHEREFORE, your petitioner prays for the issuance of federal subpoenas pursuant to 28

14  USC § 1783 out of and under the seal of this federal court, directed to:

15  1)    Harrah's Rincon San Diego, 777 Harrah's Rincon Way, Valley Center, CA 92082,

16       requesting (1) all records of losses, player records, comps for Herman Wiesemeyer, DOB

17       ████████ (2) also note Mr. Wiesemeyer's Social Security Number is ████████.

18       The same material regarding Allison Geller, DOB ████████, and Matthew Vivian, DOB

19       ████████; Social Security Number ████████.

20  2)    To the Custodian of Records at Pala Casino Spa & Resort, 11154 Highway 76, Pala,

21       California 92059, requesting (1) all records of losses, player records, comps for Herman

22       Wiesemeyer, DOB ████████; (2) also note Mr. Wiesemeyer's Social Security Number is

23       ████████. The same material regarding Allison Geller, DOB ████████; and Matthew

24       Vivian, DOB ████████; Social Security Number ████████ and

25  3)    To the Custodian of Records of Casino Pauma, 777 Pauma Reservation Road, Pauma

26       Valley, CA 92061, requesting (1) all records of losses, player records, comps for Herman

27

28                                        -2-

Wiesemeyer, DOB ▓▓▓▓; (2) also note Mr. Wiesemeyer's Social Security Number is ▓▓▓▓. The same material regarding Allison Geller, DOB ▓▓▓▓; and Matthew Vivian, DOB ▓▓▓▓; Social Security Number ▓▓▓▓; and commanding the Custodian of Records to appear before the San Diego Superior Court or at such time thereafter as may be necessary, or otherwise appropriately produce the records.

DATED: June 20, 2008

JOHN COTSIRILOS
Attorney for Octavian Crishan

-3-

# PROOF OF PERSONAL SERVICE

Case Name: <u>Octavian Crishan</u>
Case No. _ CN225221

I declare:

I am employed in the County of San Diego, California.  I am over 18 years of age and not a party to the within entitled cause; my business address is 2442 Fourth Avenue, San Diego, CA 92101.

On <u>June 24, 2008</u>, I served the attached:

## APPLICATION AND ORDER FOR ISSUANCE OF A FEDERAL SUBPOENA TO COMPEL PRODUCTION OF DOCUMENTS FROM TRIBAL ENTITIES TO BE PRODUCED IN SAN DIEGO COUNTY SUPERIOR COURT

in said cause, by delivering a true copy to:

UNITED STATES DISTRICT COURT
940 Front Street
San Diego, CA  92101

I declare under penalty of perjury the foregoing is true and correct, and this declaration was executed at San Diego, California, on <u>June 25, 2008</u>

<u>JOHN COTSIRILOS</u>
    (Typed Name)                                                    (Signature)

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

OCTAVIAN CRISHAN

DEFENDANTS

STATE OF CALIFORNIA ~~FILED~~

**(b)** County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE SOUTHERN DISTRICT OF CALIFORNIA

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
John Cotsirilos  (619) 232-6022
2442 Fourth Avenue  San Diego, CA 92101

Attorneys (If Known)
Deputy District Attorney Paul H. Meyers
325 S. Melrose Drive, Suite 500  Vista, CA

'08 CV 1271 LAB JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

### PERSONAL INJURY
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

### PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☒ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1331
Brief description of cause: Federal Question

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE  7/15/08
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # ~~63000~~  AMOUNT $350  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

TAC  7/15/08

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 153000    — TC**

**July 15, 2008
14:13:55**

**Civ Fil Non-Pris**
USAO #.: 08CV1271
Judge..: LARRY A BURNS
Amount.:                    $350.00 CK
Check#.: BC1063

**Total—> $350.00**

FROM: OCTAVARIAN CRISHAN
        VS
        STATE OF CA