UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIAN CRISHAN,<br><br>        Plaintiff,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Defendant. | Case No. 08CV1271-LAB(JMA)<br><br>**NOTICE OF WITHDRAWAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)** |

    Comes now Octavian Crishan, through his counsel, John Cotsirilos, who represents that plaintiff agrees this action should be dismissed pursuant to Federal Rule of Criminal Procedure 41(a)(1)(A). Plaintiff has not been served with an answer or a motion for summary judgment from the opposing party.

DATED:   August 5, 2008               Respectfully submitted,


                                             S/John Cotsirilos
                                             JOHN COTSIRILOS
                                             Attorney for Defendant
                                             OCTAVIAN CRISHAN

# PROOF OF SERVICE

Case Name: <u>Octavian Crishan</u>
Case No.    08CV1271-1-LAB(JMA)

I declare:

I am employed in the County of San Diego, California. I am over 18 years of age and not a party to the within entitled cause. My business address is 2442 Fourth Avenue, San Diego, CA 92101.

On <u>August 6, 2008</u>, I served the attached resubmittal :

## NOTICE OF WITHDRAWAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)

in said cause, by delivering a true copy to:

UNITED STATES DISTRICT COURT
940 Front Street
San Diego, CA  92101

A confirmed copy of this document will be hand delivered to the Clerk's Office.

I certified that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury the foregoing is true and correct, and this declaration was executed at San Diego, California, on <u>August 6, 2008</u>

MAUREEN DEVANEY              _[signature]_
(Typed Name)                  (Signature)